IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Magistrate No. 22-1108 |
| ADAM BIES | **[UNDER SEAL]** |

MOTION FOR ARREST WARRANT
BASED UPON A CRIMINAL COMPLAINT

AND NOW comes the United States of America, by its attorneys, Cindy K. Chung, United States Attorney for the Western District of Pennsylvania, and Jeffrey R. Bengel, Assistant United States Attorney for said District, and, pursuant to Rule 4 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant, Adam Bies, upon the grounds that a Criminal Complaint has been made under oath in the above-captioned criminal case, establishing probable cause that the defendant committed the crime of Influencing, Impeding, or Retaliating against Federal Law Enforcement Officers, in violation of Title 18, United States Code, Section 115(a)(1)(B). Recommended bond:   Detention.

Respectfully submitted,

CINDY K. CHUNG
United States Attorney

By:  /s/ Jeffrey R. Bengel
JEFFREY R. BENGEL
Assistant United States Attorney
DC ID No. 1018621