IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                              Magistrate's No. 22-1108

ADAM BIES

ORDER

AND NOW, to wit, this __15__ day of August, 2022, it appearing to the Court that

an Arrest Warrant for the above-captioned individual has been executed, and upon the

representation of the United States Attorney's Office that there is no further necessity that the

Complaint, Arrest Warrant and Affidavit remain sealed,

IT IS HEREBY ORDERED that the Complaint, Arrest Warrant and Affidavit filed

at the above number and sealed on August 12, 2022, be unsealed as of August 15, 2022.

HONORABLE MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE