## RECORD OF MAGISTRATE'S PROCEEDINGS

**UNITED STATES OF AMERICA**

vs

**ADAM BIES**

DATE ARRESTED: 8-13-22

MAGISTRATE'S DOCKET # : 22-1108
DATE OF COMPLAINT: 8-13-22
CRIMINAL DOCKET NUMBER:
DATE OF INDICTMENT:
STATUTE:

### INITIAL APPEARANCE

| Before Magistrate | [X] LENIHAN | [ ] KELLY | Date: 8/15/22 | Casette Tape # |
|---|---|---|---|---|
| | [ ] MITCHELL | [ ] BAXTER | Time: 2:00 PM | Tape Index: |
| | [ ] EDDY | [ ] PESTO | | |

U.S. ATTORNEY: Shawn Sweeney

1. **RIGHTS EXPLAINED**

2. **COMPLAINT/INDICTMENT/INFORMATION:**
   - [X] Read
   - [X] Summarized
   - [ ] Reading waived
   - [X] Defendant provided with a copy of the charges
   - [ ] Defendant to be provided with a copy of the charges as soon as possible

3. **ACT & PENALTIES**
   - [X] Read
   - [X] Summarized
   - [ ] Reading waived

4. **COUNSEL**
   - [X] Defendant requested appointment
   - [ ] Defendant waived appointment
   - [X] Defendant represented by: Linda Cohn for procedural purposes
   - [ ] Defendant expects to retain:
   - [X] Affidavit executed.
   - [ ] Not Qualified
   - [X] Qualified
   - [ ] with possible requirement for partial or full payment
   - [X] Federal Public Defender ~~appointed~~ to be appointed.
   - [ ] CJA Panel Attorney _____ appointed

5. **BAIL**
   - Recommended Bond:
   - Bond Set at:
   - [ ] By Consent    Additional Conditions Imposed:
   - [ ] By Magistrate
   - [ ] Bond Posted
   - [X] Temporary Commitment issued
   - [ ] Final Commitment issued
   - [ ] Bond Review Hearing Set For:
   - [X] Detention Hearing Set For: 8/18/22 at 3:30 PM before Judge Lenihan via video

6. **PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT**
   - (Preliminary Exam/~~Rule 40/Arraignment~~) set for: 8/18/22 @ 3:30 Before Magistrate LISA LENIHAN VIA VIDEO

ADDITIONAL COMMENTS: The Defendant agreed to participate in this hearing via video conference.